UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-2482-CBM (AS) | Date | April 10, 2015 |
|---|---|---|---|
| Title | Norman Hubbs, Petitioner v. Unknown | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

On December 3, 2014, Norman Hubbs ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("Petition") (Docket Entry No. 1). On February 4, 2015, after screening the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court issued an Order Dismissing the Petition with Leave to Amend and ordered Petitioner to file a First Amended Petition within thirty (30) days, specifically asserting his grounds for relief with supporting facts, naming a proper respondent and using the proper form (Docket Entry No. 7). Petitioner was also given the option of voluntarily dismissing his action if he did not wish to pursue this action. (Id.).

As of today, however, Petitioner has failed to respond to the Court's February 4, 2015 Order or otherwise indicate how he wishes to proceed with his Petition.

Therefore Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order, or **no later than May 11, 2015**, why this action should not be dismissed for failure to comply with Court orders and failure to prosecute. See Fed.R. Civ. P. 41(b). Petitioner may discharge this Order by filing a First Amended Petition or other response to this Order.

**Instead of filing a response to the instant Order, Petitioner may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience.**

**Petitioner is expressly warned that the failure to timely file a response to his Order may result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and failure to prosecute. See Fed.R. Civ. P. 41(b).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-2482-CBM (AS) | Date | April 10, 2015 |
|---|---|---|---|
| Title | Norman Hubbs, Petitioner v. Unknown | | |

  The Clerk of the Court is directed to serve a copy of this Order on Petitioner at his current address of record.