```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
   NORMAN HUBBS,                    )   NO. CV 14-2482-CBM (AS)
11                                  )
                 Petitioner,        )
12                                  )   ORDER ACCEPTING FINDINGS,
            v.                      )
13                                  )   CONCLUSIONS AND RECOMMENDATIONS OF
   UNKNOWN,                         )
14                                  )   UNITED STATES MAGISTRATE JUDGE
                 Respondent.        )
15                                  )
                                    )
16
17
18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19 Petition, all of the records herein and the attached Report and
20 Recommendation of United States Magistrate Judge.  The Court accepts and
21 adopts the Magistrate Judge's Report and Recommendation.
22
23      IT IS ORDERED that Judgment be entered denying and dismissing the
24 Petition without prejudice.
25 ///
26 ///
27
28
```

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment herein
3 on counsel for Petitioner and counsel for Respondent.

5      LET JUDGMENT BE ENTERED ACCORDINGLY.

7           DATED: July 21, 2015.

```
                         _____
                              CONSUELO B. MARSHALL
                           UNITED STATES DISTRICT JUDGE
```