**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NORMAN HUBBS, | ) | NO. CV 14-2482-CBM (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 21, 2015.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE